ACCEPTED
03-15-00316-CR
7840148
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/16/2015 11:34:18 AM
JEFFREY D. KYLE
CLERK

## No. 03-15-00316-CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/16/2015 11:34:18 AM
JEFFREY D. KYLE
Clerk

In The Court Of Appeals
For The Third Court Of Appeals District
Austin, Texas

---

**Heather Lauren Richards,**
*Appellant,*
**v.**
**The State of Texas,**
*Appellee.*

---

ON APPEAL FROM THE 207th DISTRICT COURT, COMAL
COUNTY, TEXAS TRIAL COURT CAUSE NO. CR2014-091

---

## APPELLANT'S MOTION TO SUPPLEMENT APPELLATE RECORD

---

Amanda Erwin
State Bar No. 24042939
109 East Hopkins Street, Suite 200
San Marcos, Texas 78666
Telephone: (512) 938-1800
Telecopier: (512) 938-1804
Amanda@TheErwinLawFirm.com

*Counsel for Heather Lauren Richards*

## Identity of Parties and Counsel

**Appellant's Appellate Counsel:**

Amanda Erwin
The Erwin Law Firm, L.L.C.
109 East Hopkins Street, Suite 200
San Marcos, Texas 78666
Telephone: (512) 938-1800
Telecopier: (512) 938-1804

**Appellee:**

Joshua Presley
Chief Appellate Prosecutor
Comal County Criminal District Attorney's Office
150 N. Seguin, Suite 307
New Braunfels, Texas 78130

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 34.6(d), the Appellant, Heather Lauren Richards, files this Motion to Supplement the Appellate Record.

Counsel for Appellant requests that the testimony of a State's witness, Amanda Chavira, from the trial of Appellant's codefendant, Kayla Lardieri, be included as part of the Appellate Record. Ms. Lardieri's trial court cause number was CR2014-090, and is now filed before the Honorable Court as 03-15-00247-CR. Ms. Chavira's testimony is part of the appellate record in 03-15-00247-CR, and appears in the Reporter's Record Volume 5 pages 68-83. Counsel for Appellant requests this be included in the present Appellate Record as it is relevant to Ms. Richard's argument that trial counsel was ineffective in not calling Ms. Chavira as a witness for the defense. Ms. Chavira's testimony directly impeaches the testimony of the codefendants in Ms. Richards's trial, and trial counsel filed a motion that is included in the Clerk's Record, on page 268, in which trial counsel states that Ms. Chavira's testimony is absolutely essential to the Defendant's defense. Appellate counsel agrees with said assessment, and asks that Ms. Chavira's testimony be included as part of the Appellate Record to effectively demonstrate this to the Court.

Counsel for Appellant further requests that the testimony of a State's

witness, Clint Barkley, from the trial of Appellant's codefendant, Kayla Lardieri, be included as part of the Appellate Record. Mr. Barkley's testimony is contained in Volume Four of the Reporter's Record, pages 140-148, in 03-15-00247-CR, and on page 144, states that he heard the alleged victim be tased **several** times. In the Appellant's case, on page 189 of Volume 6, Mr. Barkley testified that he heard the alleged victim being tased at least 12, many as many as 20 times. The State sent notice to the Appellant dated June 25, 2015, contained in the Clerk's Record on page 301, that Mr. Barkley had an impeachable conviction for murder that was not disclosed to trail counsel. Appellant requests Mr. Barkley's contradictory testimony from 03-15-00247-CR be included in the Appellate Record in the present case to demonstrate the materiality of the State not disclosing Mr. Barkley's impeachable conviction.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion; therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant respectfully requests that this Court allow for the Supplementation of the Appellate Record. Appellant requests all other relief to which Appellant may be entitled.

Respectfully Submitted,


/s/ Amanda Erwin
The Erwin Law Firm, L.L.P.
109 East Hopkins Street, Suite 200
San Marcos, Texas 78666
Telephone: (512) 938-1800
Telecopier: (512) 938-1804
Attorney for Appellant

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, I certify that of November 16, 2015, a copy of this motion was served via electronic service, to the following:

Joshua Presley
Chief Appellate Prosecutor
Comal County Criminal District Attorney's Office
150 N. Seguin, Suite 307
New Braunfels, Texas 78130
preslj@co.comal.tx.us


/s/ Amanda Erwin
Amanda Erwin